UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARSHALL ALLEN COATS, Plaintiff, v. MADELINE WILLIAMSON, *et al.*, Defendants. | CASE NO. 3:26-cv-05624-JLR-DWC<br>REPORT AND RECOMMENDATION<br>Noting Date: September 1, 2026 |

The District Court has referred this action filed pursuant to 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Marshall Allen Coats, proceeding *pro se*, initiated this action on June 10, 2026, by filing an incomplete application to proceed *in forma pauperis* ("IFP") and a proposed civil rights complaint. Dkts. 1, 1-1. Plaintiff did not pay the $405.00 filing fee at that time. Thus, on June 11, 2026, the Clerk of Court notified Plaintiff that his failure to pay the filing fee or submit a completed IFP application with a copy of his prison trust account statement by July 13, 2026, could result in dismissal of his action. Dkt. 3. Plaintiff then filed a request for immediate release and a supplement to that request. Dkts. 4, 5

The July 13, 2026 deadline elapsed with no filing fee or completed IFP application received from Plaintiff. Accordingly, on July 21, 2026 the Court ordered Plaintiff to pay the

filing fee or file a complete IFP application on or before August 5, 2026. Dkt. 6. The Court advised that failure to respond by the required deadline would result in a recommendation this action be dismissed for failure to pay the filing fee and for failure to comply with a court order. *Id.*

Plaintiff has not paid the filing fee or filed an application to proceed IFP by the required deadline. *See docket.* Therefore, the Court recommends this case be dismissed without prejudice for failure to pay the filing fee and for failure comply with a court order.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 1, 2026**.

Dated this 12th day of August, 2026.

David W. Christel
United States Magistrate Judge