UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARSHALL ALLEN COATS,<br><br>Plaintiff,<br><br>v.<br><br>MADELINE WILLIAMSON, et al.,<br><br>Defendants. | CASE NO. C26-5624JLR<br><br>ORDER |

Before the court are (1) United States Magistrate Judge David W. Christel's report and recommendation, in which he recommends that the court dismiss *pro se* Plaintiff Marshall Allen Coats's proposed 42 U.S.C. § 1983 civil rights action without prejudice for failure to pay the filing fee and for failure to comply with a court order and (2) Plaintiff's objections thereto. (R&R (Dkt. # 9); Obj. (Dkt. # 11); *see* Prop. Compl. (Dkt. # 1-1).) A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). The district court "shall make a de novo determination of those portions of the report or specified proposed

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* Because Plaintiff is proceeding *pro se*, the court must interpret Plaintiff's proposed complaint and objections liberally. *See Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).

Plaintiff's objections do not address the failure to pay the filing fee or to file a compliant application to proceed *in forma pauperis*; instead, Plaintiff argues the merits of the case. (*See generally* Obj.) The court has carefully considered Plaintiff's objections and has reviewed Magistrate Judge Christel's report and recommendation de novo in light of those objections. Having done so, the court agrees with Magistrate Judge Christel's recommendations for the reasons set forth in the report and recommendation. Accordingly, the court OVERRULES Plaintiff's objections (Dkt. # 11) and ADOPTS the report and recommendation (Dkt. # 9) in its entirety. This matter is DISMISSED without prejudice and the Clerk is directed to close this case.

Dated this 31st day of August, 2026.

JAMES L. ROBART
United States District Judge